JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN PAUL BLANCO, | ) NO. CV 21-06920 JVS (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| R. C. JOHNSON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Conclusions of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 07, 2022

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE